United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 16-24665-WB
Elena Prosvirova                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1             Date Rcvd: Mar 21, 2017
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db              +Elena Prosvirova,    11683 Goshen Ave. #308,    Los Angeles, CA 90049-6272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              Adam N Barasch    on behalf of Creditor    Ally Financial Inc. anb@severson.com,
               dgl@severson.com;efiling@severson.com
              Michael R Totaro    on behalf of Debtor Elena  Prosvirova Ocbkatty@aol.com
              Nancy K Curry (TR)    TrusteeECFMail@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry<br>Chapter 13 Standing Trustee<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017<br>(213) 689-3014 FAX (213) 689-3055<br>trustee13la@aol.com<br><br>*Chapter 13 Trustee* | **FILED & ENTERED**<br><br>MAR 21 2017<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bryant    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION**

| In re:<br><br>Prosvirova, Elena<br><br><br><br>                                               Debtor(s). | CASE NO.: 2:16-bk-24665-WB<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING CHAPTER 13 PLAN**<br><br>DATE: March 8, 2017<br>TIME: 11:00 A.M.<br>COURTROOM: 1375<br>PLACE: 255 E. Temple Street<br>             Los Angeles, CA 90012 |

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on 12/12/2016.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan payments:

    a. ☒ The amount of each monthly plan payment is $ 225.00 . The due date is the    4th    day of each month for   60   months. The Plan provides for the payment of     3     % of allowed claims for general unsecured creditors.

    b. ☐ The amount of each monthly plan payment is $_____ for months _____. For months _____, the monthly plan payment is $_____, for months _____ the monthly plan payment is $_____, for months _____ the monthly plan payment is $_____. **[Repeat as needed]** The due date is the __ day of each month. The Plan provides for the payment of _____% of allowed claims for general unsecured creditors.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor(s).

| In re: Prosvirova, Elena | | CASE NO.: 2:16-bk-24665-WB |
|---|---|---|
| | Debtor(s). | CHAPTER: 13 |

3. Other provisions:

   a. ☒ This is a base plan with the debtor(s) paying at least $13,500.00 of disposable income into the Plan. The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%. The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

   b. ☒ The Trustee is authorized to make payment to holders of secured claims based on the Plan. However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

   c. ☒ Counsel for debtor(s) is awarded fees of $5,000.00; having previously received $5,000.00 counsel is entitled to payment of $0.00 from the estate.

   d. ☒ See attachment for additional provisions incorporated in this Order.

   e. ☐ Interlineations:

###

Date: March 21, 2017

Julia W. Brand
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

April 2010                                        Page 2                                    F 3015-1.21.ORDER

| In re: Prosvirova, Elena | CASE NO.: 2:16-bk-24665-WB |
|---|---|
| Debtor(s). | CHAPTER: 13 |

## ATTACHMENT FOR ORDER CONFIRMING CHAPTER 13 PLAN

1. Each year a case is pending after filing of the case, the debtor shall timely submit the personal and business income tax returns to the appropriate taxing authorities. The debtor shall provide to the Trustee complete copies of personal and business income tax returns and copies of forms W-2s and/or 1099 within 10 days after the income tax returns are filed.

2. The debtor shall pay timely any accrued post-petition tax liabilities directly to the appropriate taxing authorities.

3. The debtor shall turn over to the Trustee any federal and state income tax refunds that are issued to the debtor during the plan term in excess of $1,500 within 10 days of its receipt. The debtor is allowed to retain a maximum of $1,500 of combined tax refunds each year.

4. If the Debtor is self-employed, the Debtor shall provide financial statements, including but not limited to bank statements, income and expense statements, a balance sheet, and a cash flow statement for every six (6) months of the plan term.

5. If the confirmed plan provides that a security interest in real property secured by a deed of trust or otherwise is to be avoided pursuant to 11 U.S.C. §506 and no motion or adversary proceeding has been filed, the chapter 13 trustee is authorized to disburse funds to the secured creditor subject to the 11 U.S.C. §506 action until such time as a motion or adversary proceeding to avoid the lien is filed.

6. If the confirmed plan provides that a security interest in real property secured by a deed of trust or otherwise is to be avoided pursuant to 11 U.S.C. §506 and a motion or adversary proceeding has been filed but no order or judgment has been entered within thirty days of the court's ruling on the motion or court's judgment in the adversary proceeding, the chapter 13 trustee is authorized to disburse funds to the secured creditor who has filed the allowed claim until such time as an order or judgment has been entered.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*April 2010*    Page 3    **F 3015-1.21.ORDER**