UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page 1

| | | |
|---|---|---|
| MICHAEL R. TOTARO<br>TOTARO & SHANAHAN<br>P.O. BOX 789<br>PACIFIC PALISADES,CA 90272- | Date  04/26/2017<br>Case Number  2:16-bk-24665-WB<br>Bar Date  03/21/2017 | PROSVIROVA, ELENA<br><br>11683 GOSHEN AVE. #308<br>LOS ANGELES CA 90049 |

## NOTICE OF INTENT TO PAY CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee will pay the claims listed below. Any questions regarding this notice should be directed to the Trustee in writing at 1000 Wilshire Blvd., Suite 870, Los Angeles, CA 90017.

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 201-0 | ALLY FINANCIAL<br>PAYMENT PROCESSING CENTER<br>P.O. BOX 78367<br>PHOENIX,AZ 85062-8367 | 11/15/2016 | 0.00 | 19,759.16 | | Secure<br>Direct |
| 401-0 | BARCLAYS BANK DELAWARE<br><br>700 PRIDES XING<br>NEWARK,DE 19713- | | 1,384.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 402-0 | GOLD STANLEY LLC<br><br>2633 LINCOLN BLVD #827<br>SANTA MARIA,CA 90405- | | 12,000.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 403-0 | KC INVESTMENT CO<br><br>11677 SAN VICENTE BLVD #201<br>LOS ANGELES,CA 90049- | | 208,000.00 | 0.00 | 100.00 | Unsec<br>Not Filed |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page 2

In RE:    PROSVIROVA, ELENA                    Case Number    2:16-bk-24665-WB    4/26/2017

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| 404-0  MARK DORNER | | 121,000.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 410 S. BARRINGTON AVE.<br>LOS ANGELES,CA 90049- | | | | | |
| 405-0  ROSARIO PERRY | | 25,000.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 312 PICO BLVD.<br>SANTA MONICA,CA 90405-9831 | | | | | |
| 406-0  SYNCB | | 1,481.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| P.O. BOX 965001<br>ORLANDO,FL 32896- | | | | | |
| 666-0  MICHAEL R. TOTARO<br>TOTARO & SHANAHAN<br>P.O. BOX 789<br>PACIFIC PALISADES,CA 90272- | 11/04/2016 | 5,000.00 | 5,000.00 | | Legal |
| TRS-0  NANCY CURRY, TRUSTEE | | 0.00 | 0.00 | | Trustee |

|  | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Total To Be Paid    0.00

/s/ Nancy Curry, Trustee

Continued on Next Page

# PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE and that on 4/26/2017 I served the within NOTICE OF INTENT TO PAY CLAIMS on:   Debtor and                         Debtors attorney.
by first class mail with postage fully prepaid thereon.

| | |
|---|---|
| PROSVIROVA, ELENA | MICHAEL R. TOTARO |
| | TOTARO & SHANAHAN |
| 11683 GOSHEN AVE. #308 | P.O. BOX 789 |
| LOS ANGELES CA 90049 | PACIFIC PALISADES CA 90272- |

Executed at Los Angeles, California on 4/26/2017

/s/ Elizet Cash-Shelton